# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00475-CV

**In re Rodgy Lee Nesby**

### ORIGINAL PROCEEDING FROM LLANO COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Rodgy Lee Nesby has filed a petition for writ of habeas corpus, asking to have an attorney appointed to assist him in attacking his 2003 conviction. *See* Tex. R. App. P. 52. Having reviewed the petition, we deny the petition for writ of habeas corpus. *See id.* R. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Field, and Bourland

Filed: July 20, 2017